FILED
CLERK, U.S. DISTRICT COURT
07/23/21
BY: ___JBB___ DEPUTY
CENTRAL DISTRICT OF CALIFORNIA

# *Memorandum*

2:21-cr-00335-JAK-1

| Subject: | Date: |
|---|---|
| United States v. JEFFREY DEAN MOFFATT | July 23, 2021 |

| To: | From: |
|---|---|
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | CAROLYN SMALL<br>Assistant United States Attorney<br>Criminal Division |

Please note that I have worked on, or otherwise had some involvement with, the matter relating to United States v. JEFFREY DEAN MOFFATT, being filed on July 23, 2021. Please ensure that the above-referenced criminal action is not assigned to United States District Judge Stanley Blumenfeld, Jr. Thank you for your assistance.

Carolyn Small
Assistant United States Attorney
Criminal Division