**GREGORY NICOLAYSEN (CA 98544)**
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Phone: (818) 970-7247
Fax: (661) 252-6023
Email: gregnicolaysen@aol.com

**Attorney For Defendant,
Jeffrey Dean Moffatt**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY DEAN MOFFATT, ) <br> ) <br> Defendant ) <br> ) <br> _____) | CR 21-00335-JAK <br><br> **EX PARTE APPLICATION FOR ORDER AUTHORIZING UNDER SEAL FILING OF APPLICATION RE: REMOTE APPEARANCE** |

Counsel of record, Gregory Nicolaysen, hereby applies <u>ex parte</u> for an Order authorizing the following filing to be made under seal: "Ex Parte Application for Order Authorizing Remote Appearance by Defendant at March 6, 2025 Hearing."

**Good cause exists to warrant an under seal filing because the application contains letters describing confidential medical information regarding the defendant which should not be for public view.**

DATED: February 27, 2025

                                                **Respectfully Submitted,**

                                          _____/S_____
                                          **GREGORY NICOLAYSEN**
                                          **Attorney for Defendant,**
                                          **Jeffrey Dean Moffatt**