# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MOFFATT,<br><br>Defendant. | No. 2:21-cr-00335-JAK<br><br>**ORDER RE EX PARTE APPLICATION TO DISMISS FOR LACK OF JURISDICTION DKTS. 341 & 342 (DKT. 343)** |

1

Based on a review of Defendant's Ex Parte Application to Dismiss for Lack of Jurisdiction Dockets Nos. 341 and 342 ("Application" (Dkt. 343)), no good cause has been shown for the requested relief. Therefore, the Application is **DENIED**. Accordingly, neither the Order re Defendant Jeffrey Dean Moffatt's Amended and Supplemental Motion for Judgment of Acquittal Pursuant to Rule 29 (Dkt. 341), nor the Order re Sentencing (Dkt. 342), is stricken, and each remains effective and in place. Both are Orders by the Court that were entered on the docket at its direction.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____
John A. Kronstadt
United States District Judge

2