UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUL 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JEFFREY MOFFATT, <br><br> Defendant - Appellant. | No. 26-3857 <br><br> D.C. No. 2:21-cr-00335-JAK-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Humberto Diaz to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov. The appointing authority is requested to appoint counsel who will give prompt attention to this appeal.

Counsel must order the transcript by August 7, 2026. The transcript is due September 8, 2026. The opening brief is due October 20, 2026. The answering brief is due November 19, 2026. The optional reply brief is due 21 days after the answering brief is served.

The clerk will serve this order on former counsel, the district court, and appellant individually.